UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **CHECKEEPER, LLC** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 6:18-CV-357-JDL** |
| | § | |
| **ONLINECHECKWRITER.COM, LLC** | § | |

## FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal, the Court hereby enters Final Judgment.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**. All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 9th day of January, 2019.**

*John P. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE